UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA          :
                                  :
                                  :   23-mj-7705 (JPC)
        -v-                       :
                                  :   ORDER
NATALIE CREDELL,                  :
                                  :
                Defendant.        :
                                  :
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    It is hereby ORDERED that the Defendant is remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated: June 12, 2024
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge